# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7041**                                           **September Term, 2006**

06cv01900

**Filed On: July 10, 2007** [1052591]

Eddie L. Andrews, ex rel, et al.,
      Appellants

    v.

William F. Downes, Individual, et al.,
      Appellees

      **BEFORE**:    Sentelle, Henderson, and Tatel, Circuit Judges

### O R D E R

      Upon consideration of the motion to recuse the D.C. Circuit and appellants' brief and the record, it is

      **ORDERED** that the motion for recusal be denied to the extent that appellants seek recusal of the above-named judges. See In re Kaminski, 960 F.2d 1062, 1065 n.3 (D.C. Cir. 1992) ("A judge should not recuse himself based upon conclusory, unsupported or tenuous allegations."). It is

      **FURTHER ORDERED**, on the court's own motion, that the court will dispose of the appeal without oral argument on the basis of the record and the presentations in appellants' brief. The court has determined that oral argument will not assist it in this case. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

                                                             **Per Curiam**